# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JEREMY POWERS,<br>　　Plaintiff, | Case No. 1:12-cv-105<br>Beckwith, J.<br>Litkovitz, M.J. |
| vs. | |
| ASSET ACCEPTANCE CORP.,<br>　　Defendant. | **ORDER** |

This matter is before the Court following a telephone discovery conference held on October 26, 2012 before the undersigned magistrate judge.

At issue are plaintiff's failure to respond to written discovery requests and attend his noticed deposition. Counsel for plaintiff represents that he has been unable to secure plaintiff's cooperation in the discovery process and that he will be filing a motion to withdraw as counsel for plaintiff by Friday, November 2, 2012. In view of counsel's representation, the Court will hold resolution of the discovery dispute and the current calendar order deadlines in abeyance pending resolution of the anticipated motion to withdraw as counsel. Upon resolution of that issue, the Court will address the pending discovery dispute and schedule new discovery and motion deadlines as warranted.

**IT IS SO ORDERED.**

Date: 10/26/12

Karen L. Litkovitz
United States Magistrate Judge