# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Jeremy Powers,
    Plaintiff(s),

v.

Asset Acceptance Corp.,
    Defendant(s).

Case No. 1:12cv105
(Beckwith, J. ; Litkovitz, MJ.)

## ORDER

The Order entered by this Court setting hearing regarding plaintiff's motion to withdraw as trial attorney (Doc. 22) in this matter is **hereby Vacated**.

SO ORDERED.

Date: 11/8/12

awh     November 8, 2012

Karen L. Litkovitz
United States Magistrate Judge